LEEDS MUSIC CORPORATION and Robbins Music Corporation v. Martin JONES, Defendant (Jesse W. VAUSE, Applicant for Intervention, Appellant).

No. 9172.

Circuit Court of Appeals, Third Circuit.
Argued Oct. 24, 1946.
Decided Nov. 1, 1946.

John Francis Williams, of Philadelphia, Pa., for appellant.

George E. Beechwood, of Philadelphia, Pa. (Jane O'Neill Mahady and Conlen LaBrum & Beechwood, all of Philadelphia, Pa., on the brief), for appellees.

Before BIGGS, ALBERT LEE STEPHENS, and KALODNER, Circuit Judges.

PER CURIAM.

The judgment of the court below, 6 F.R. D. 616, is affirmed.